| | |
|---|---|
| Liza M. Walsh<br>Rukhsanah L. Singh<br>CONNELL FOLEY LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 08608<br>(973) 535-0500 | Robert J. Fettweis<br>TRESSLER LLP<br>744 Broad Street, Suite 1510<br>Newark, New Jersey 07102<br>(973) 848-2900 |
| David A. Manspeizer<br>David B. Bassett<br>Christopher R. Noyes<br>WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 230-8800 | Gary E. Hood<br>POLSINELLI SHUGHART PC<br>161 N. Clark Street, Suite 4200<br>Chicago, Illinois 60601<br>(312) 819-1900 |
| *Attorneys for Plaintiff Shionogi Inc.* | *Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (N/K/A Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd., and Andrx Labs, L.L.C.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHIONOGI INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., <br><br>  Plaintiffs,<br><br>v.<br><br>NOSTRUM LABORATORIES, INC. AND NOSTRUM PHARMACEUTICALS LLC,<br><br>  Defendants. | Civil Action No. _____ |

**DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Andrx Corporation, Andrx Pharmaceuticals, Inc.(n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ),

546912.1

Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C., by and through their undersigned counsel, hereby disclose that:

Plaintiff Andrx Corporation is a nongovernmental corporate party and a wholly-owned subsidiary of Watson Pharmaceuticals, Inc., a publicly-traded company.

Plaintiff Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida) is a nongovernmental corporate party and a wholly-owned subsidiary of Plaintiff Andrx Corporation.

Plaintiff Andrx Pharmaceuticals, L.L.C. is a nongovernmental corporate party and a wholly-owned subsidiary of Plaintiff Andrx Corporation.

Plaintiff Andrx Laboratories (NJ), Inc. is a nongovernmental corporate party and a wholly-owned subsidiary of Plaintiff Andrx Corporation.

Plaintiff Andrx EU, Ltd. is a nongovernmental corporate party and a wholly-owned subsidiary of Plaintiff Andrx Corporation.

Plaintiff Andrx Labs, L.L.C. is a nongovernmental corporate party and a wholly-owned subsidiary of Plaintiff Andrx Corporation.

Dated: July 13, 2012

TRESSLER LLP

By: _____
Robert J. Fettweis
Tressler LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102
(973) 848-2900

Gary E. Hood
Mark T. Deming
Polsinelli Shughart PC
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601

546912.1

2

(312) 819-1900

Graham L.W. Day
Robyn Ast-Gmoser
POLSINELLI SHUGHART PC
100 Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 889-8000

*Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (N/K/A Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd., and Andrx Labs, L.L.C.*